IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02567-RPM

MARK BECK,

          Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,

          Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

      This civil action was removed by a Notice of Removal, filed November 24, 2008, based on diversity jurisdiction. The plaintiff filed a Motion to Remand on December 4, 2008, arguing that this court should disregard the statement by counsel in the Civil Cover Sheet that the state court action is not subject to simplified procedure because the plaintiff is seeking a monetary judgment for more than $100,000.00. In the motion to remand, the plaintiff has not denied that statement or in any manner limited the amount in controversy. Accordingly, it is

      ORDERED that the motion to remand is denied.

      DATED: December 8th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge