**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02567 - RPM

Mark Beck,

    Plaintiff,

v.

Halliburton Energy Services,
 a Delaware Corporation,

    Defendant.

---

## AMENDED SCHEDULING ORDER
---

As an amendment to section 7(d) of the Scheduling Order entered by this Court on January 8, 2009:

(4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before May 1, 2009.

(5) Any rebuttal opinions will be exchanged on or before May 15, 2009.

DATED this 30th of March, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch
                        United States District Judge

AMENDED SCHEDULING ORDERED REVIEWED:

| *s/ Paul W. Gertz* | *s/ Jeffrey D. Phipps* |
|---|---|
| _____ | _____ |
| Paul W. Gertz | Jeffrey D. Phipps |
| | *Counsel for Plaintiff Mark Beck* |
| | *Counsel for Defendant Halliburton Energy Services, Inc.* |