IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02567-RPM

MARK BECK,

        Plaintiff,

v.

HALLIBURTON ENERGY SERVICES, INC.,

        Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Notice of Dismissal with Prejudice filed by the parties on September 21, 2009, it is

ORDERED that the complaint is dismissed with prejudice, each party to bear their own costs and attorneys fees.

DATED: September 22nd, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge